

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cheyenne Pate, Appellant

No. 06-13-00082-CV        v.

Warden Dawn Grounds, et al., Appellees

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 13CO305-102).   Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Cheyenne Pate, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 27, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk